JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

JONATHAN ANTHONY MENDEZ,

Case No. ED CV 20-01293 VBF (RAO)

12

Petitioner,

13

v.

JUDGMENT

14

WARDEN FRAUENHEIM,

15

Respondent.

16
17

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

18
19

DATED:  September 18, 2020

20

*Valerie Baker Fairbank*

_____

21
22

HON. VALERIE BAKER FAIRBANK

Senior United States District Judge

23
24
25
26
27
28